IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LILLIAN PINET, et al., <br><br> Plaintiffs <br><br> v. <br><br> EMBASSY SUITES HOTEL, et al., <br><br> Defendants | CIVIL NO. 06-1810 (JP) |

**FINAL JUDGMENT**

The parties hereto have advised the Court that they have settled this case.  Pursuant thereto, the Court hereby **ENTERS JUDGMENT** for the plaintiffs to have and recover from the defendants, the sum of **EIGHTY-FIVE THOUSAND DOLLARS ($85,000.00),** without imposition of costs or attorney's fees.  The Defendant shall make a payment in a lump sum of $85,000.00 payable jointly to the four Plaintiffs, who are: Lillian Pinet, Angel Santiago, Richard Santiago, and Joannie Santiago.  The Plaintiffs are to distribute this money among themselves.

This Judgment shall cover all and every damages described in the complaint and which may have inured from the accident described

CIVIL NO. 06-1810 (JP)             -2-

therein.  Provided further that this payment of $85,000.00 includes any costs of medical expenses.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 10th day of September, 2008.

                                                  s/Jaime Pieras, Jr.
                                                    JAIME PIERAS, JR.
                                        U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

s/José A. Miranda-Daleccio        s/Francisco E. Colón-Ramírez

JOSE A. MIRANDA-DALECCIO, ESQ.    FRANCISCO E. COLON-RAMIREZ, ESQ.
Attorney for Plaintiffs           Attorney for Defendants

s/Ramonita Dieppa-González

RAMONITA DIEPPA-GONZALEZ, ESQ.
Attorney for Plaintiffs